GALTON & HELM LLP
MICHAEL F. BELL, State Bar No. 89046
  mbell@galtonhelm.com
STEPHEN H. GALTON, State Bar No. 46732
  sgalton@galtonhelm.com
KEIKO J. KOJIMA, State Bar No. 206595
  kkojima@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant The Guardian Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC. and DOES 1 through 20, inclusive, <br><br> Defendants | CASE NO. C 07-01130 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, RESETTING HEARING ON PLAINTIFF'S MOTION TO REMAND, AND SETTING BRIEFING SCHEDULE** |

Plaintiff David E. Finkelstein, M.D. ("Plaintiff"), Defendant The Guardian Life Insurance Company of America, and Defendant Richard Sullivan, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Initial Case Management Conference in this action was scheduled by the Court on June 1, 2007;

5761 / 111506.1

Case No. C 07-01130 CRB
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, RESETTING HEARING ON PLAINTIFF'S MOTION TO REMAND AND SETTING BRIEFING SCHEDULE

2. On March 26, 2007, Plaintiff filed a Motion to Remand this action to state court, and that Motion was heard on May 4, 2007;

3. At the May 4, 2007 hearing on Plaintiff's Motion to Remand, the Court denied the Motion without prejudice, and ordered the parties to conduct certain discovery on factual issues relating to the applicability of ERISA to Plaintiff's insurance policy;

4. In compliance with the Court's order, the parties have discussed a tentative schedule for such additional discovery;

5. Plaintiff wishes to renew his motion to remand, upon completion of such discovery;

6. In the interest of efficiency and economy, the parties wish to continue the Initial Case Management Conference until the date of the hearing on Plaintiff's Motion to Remand; and

7. Subject to the Court's approval, the parties stipulate, agree, and request the Court to set the following dates in this case:

| Event | Date |
| --- | --- |
| Hearing on Plaintiff's Motion to Remand | August 3, 2007, 10 a.m. |
| Initial Case Management Conference | August 3, 2007, 10 a.m. |

5761 / 111506.1

2

Case No. C 07-01130 CRB
STIPULATION AND ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE, RESETTING HEARING ON
PLAINTIFF'S MOTION TO REMAND, AND SETTING
BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Filing Deadline for Plaintiff's Motion to Remand | June 29, 2007 |
| 3 | Filing Deadline for Defendants' opposition to Plaintiff's Motion to Remand | July 13, 2007 |
| 6 | Filing Deadline for Plaintiff's reply to Defendants' opposition to Plaintiff's Motion to Remand | July 20, 2007 |

IT IS SO STIPULATED.

DATED: May 16, 2007

PILLSBURY & LEVINSON, LLP
DAVID M. LILIENSTEIN

By: _____
DAVID M. LILIENSTEIN
Attorneys for Plaintiff David E. Finkelstein, M.D.

DATED: May 16, 2007

GALTON & HELM LLP
MICHAEL F. BELL
STEPHEN H. GALTON
KEIKO J. KOJIMA

By: _____
STEPHEN H. GALTON
Attorneys for Defendant The Guardian Life Insurance Company of America

DATED: May 16, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
ALEXANDER A. GRAFT

By: _____
ALEXANDER A. GRAFT
Attorneys for Defendant Richard Sullivan

5761/111506.1

3

Case No. C 07-01130 CRB
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, RESETTING HEARING ON PLAINTIFF'S MOTION TO REMAND, AND SETTING BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Filing Deadline for Plaintiff's Motion to Remand | June 29, 2007 |
| 3 | Filing Deadline for Defendants' opposition to Plaintiff's Motion to Remand | July 13, 2007 |
| 6 | Filing Deadline for Plaintiff's reply to Defendants' opposition to Plaintiff's Motion to Remand | July 20, 2007 |

IT IS SO STIPULATED.

DATED: May 14, 2007

PILLSBURY & LEVINSON, LLP
DAVID M. LILIENSTEIN

By: _____
DAVID M. LILIENSTEIN
Attorneys for Plaintiff David E. Finkelstein, M.D.

DATED: May 14, 2007

GALTON & HELM LLP
MICHAEL F. BELL
STEPHEN H. GALTON
KEIKO J. KOJIMA

By: _____
STEPHEN H. GALTON
Attorneys for Defendant The Guardian Life Insurance Company of America

DATED: May 14, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
ALEXANDER A. GRAFT

By: _____
ALEXANDER A. GRAFT
Attorneys for Defendant Richard Sullivan

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

C:\Documents and Settings\graft\Local Settings\Temp\XPGRPWISE\Stip to continue initial CMC etc..DOC

3

Case No. C 07-01130 CRB
STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, RESETTING HEARING ON PLAINTIFF'S MOTION TO REMAND, AND SETTING BRIEFING SCHEDULE

# **ORDER**

The parties having stipulated, and good cause appearing, the Court hereby schedules the following dates in this action:

| **Event** | **Date** |
|---|---|
| Hearing on Plaintiff's Motion to Remand | August 3, 2007, 10 a.m. |
| Initial Case Management Conference | August 3, 2007, 10 a.m. |
| Filing Deadline for Plaintiff's Motion to Remand | June 29, 2007 |
| Filing Deadline for Defendants' opposition to Plaintiff's Motion to Remand | July 13, 2007 |
| Filing Deadline for Plaintiff's reply to Defendants' opposition to Plaintiff's Motion to Remand | July 20, 2007 |

IT IS SO ORDERED.

DATED: May 18, 2007



_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

5761 / 111506.1

4

Case No. C 07-01130 CRB
STIPULATION AND ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE, RESETTING HEARING ON
PLAINTIFF'S MOTION TO REMAND, AND SETTING
BRIEFING SCHEDULE