Arnold R. Levinson    (State Bar No. 066583)
Terrence J. Coleman    (State Bar No. 172183)
David M. Lilienstein    (State Bar No. 218923)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
E-mail: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com
dlilienstein@pillsburylevinson.com


Attorneys for Plaintiff,
David Finkelstein, M.D.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID FINKELSTEIN, | ) | Case No.. CV07-01130 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING INITIAL** |
| | ) | **CASE MANAGEMENT** |
| THE GUARDIAN LIFE INSURANCE | ) | **CONFERENCE, RESETTING** |
| COMPANY OF AMERICA, RICHARD | ) | **HEARING ON PLAINTIFF'S** |
| SULLIVAN, COLT EMPLOYEE | ) | **MOTION TO REMAND, AND** |
| BENEFITS INSURANCE AGENCY, INC. | ) | **SETTING BRIEFING SCHEDULE** |
| and DOES 1 through 20, inclusive | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

        Plaintiff David E. Finkelstein, M.D. ("Plaintiff"), Defendant The Guardian

Life Insurance Company of America, and Defendant Richard Sullivan, by and

through their respective counsel of record, hereby stipulate and agree as follows:

1       1.      The Initial Case Management Conference in this action was
2   scheduled by the Court on June 1, 2007;

3

4

5       2.      On March 26, 2007, Plaintiff filed a Motion to Remand this action to
6   state court, and that Motion was heard on May 4, 2007;

7

8       3.      At the May 4, 2007 hearing on Plaintiff's Motion to Remand, the
    Court denied the Motion without prejudice, ordered the parties to conduct
9   discovery on factual issues relating to the applicability of ERISA to Plaintiff's
10  insurance policy, and ordered that **opening briefs on a renewed Motion to**
11  **Remand be filed within ninety (90) days;**
12

13      4.      Plaintiff wishes to renew his Motion to Remand, and both parties
14  are engaged in discovery relating to such a motion;

15

16      5.      On May 17, 2007, the parties stipulated to a briefing schedule for
17  the renewed Motion to Remand, and for a continuance of the case management
18  conference to coincide with the hearing on the Motion to Remand.  However,
    instead of scheduling the **filing of opening briefs** within ninety days of the May
19  4, 2007 hearing, the parties erroneously set the **hearing itself** within the ninety
20  day period;
21

22      7.      Although the parties have begun their discovery, it is not possible
23  for the parties to complete their discovery and fulfill the briefing schedule the
24  parties erroneously set in their May 17, 2007 stipulation;

25

26      8.      In the interests of efficiency and economy, given the Court's May 4,
27  2007 statements, and in light of certain scheduling conflicts between the parties,

28

1   the parties therefore wish to continue both the hearing on Plaintiff's Motion To

2   Remand, as well as the Initial Case Management Conference; and

3

4       9.      Subject to the Court's approval, the parties stipulate, agree and

5   request the Court to set the following dates in this case.  These dates will

6   supersede the schedule set forth in the parties' May 17, 20007 stipulation, filed by

7   the Court on May 21, 2007:

8

| Event | Date |
| --- | --- |
| Filing Deadline for Plaintiff's Motion to Remand | August 24, 2007 |
| Filing Deadline for Defendants' Opposition to Plaintiff's Motion to Remand | September 7 , 2007 |
| Filing Deadline for Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand | September 14, 2007 |
| Hearing on Plaintiff's Motion to Remand | October 5 ~~September 28~~, 2007 at 10:00 a.m. |
| Initial Case Management Conference | October 5 ~~September 28~~, 2007 at 10:00 a.m. |

20          IT IS SO STIPULATED.

21

22  Dated:  June 18, 2007                    PILLSBURY & LEVINSON, LLP

23

24

25                                   By: _____/s/_____

26                                        David M. Lilienstein
                                          Attorneys for Plaintiff
27                                        David Finkelstein

28

1

2  Dated: _Jun 18, 2007_                    GALTON & HELM LLP

3

4                                           By: _____

5                                           Stephen H. Galton
                                            Attorneys for Defendant
6                                           The Guardian Life Insurance
                                            Company of America
7

8

9

10

11

12  DATED: _____                  LEWIS BRISBOIS BISGAARD &
                                            SMITH LLP
13

14

15                                          By: _____

16                                          Alexander A. Graft
                                            Attorneys for Defendant
17                                          Richard Sullivan

18

19  DATED: _____                  SEDGWICK, DETERT, MORAN & ARNOLD

20

21                                          By: _____

22

23

24

25

26

27

28

1

2    Dated: _____                    GALTON & HELM LLP

3

4

5                                              By: _____
                                                   Stephen H. Galton
6                                                  Attorneys for Defendant
                                                   The Guardian Life Insurance
7                                                  Company of America

8

9

10

11

12   DATED: _6_/_19_/_07_                       LEWIS BRISBOIS BISGAARD &
13                                              SMITH LLP

14

15

16   By: _____
                                               By: _____
                                                   Alexander A. Graft
17                                                 Attorneys for Defendant
                                                   Richard Sullivan
18

19   DATED: _____                     SEDGWICK, DETERT, MORAN & ARNOLD

20

21

22                                             By: _____

23

24

25

26

27

28
     C:\Documents and Settings\graft\Local Settings\Temp\XPGRPWISE\Stip-
     CMCMTRHearingBriefingSchedule.docStipulation and [Proposed] Order Continuing Initial Case Mgmt Conf,Case No. CV 07-01130 CRB
     Resetting Plaintiff's Motion to Remand Hearing and Setting Briefing Schedule

1
2   Dated: _____          GALTON & HELM LLP

3

4                                By: _____

5                                    Stephen H. Galton
                                     Attorneys for Defendant
6                                    The Guardian Life Insurance
                                     Company of America
7

8

9

10

11

12  DATED: _____          LEWIS BRISBOIS BISGAARD &
                                  SMITH LLP
13

14

15                               By: _____

16                                   Alexander A. Graft
                                     Attorneys for Defendant
17                                   Richard Sullivan

18

19  DATED: 6/21/07                SEDGWICK, DETERT, MORAN & ARNOLD, L

20

21                               By: _____

22

23                                   Erik R. Seidlitz
                                     Attorneys for Defendant Colt
24                                   Employee Benefits Insurance Agency, In

25

26

27

28
    -4-

1

## <u>ORDER</u>

The parties having stipulated, and good cause appearing, the Court hereby

schedules the following dates in this action:

| <u>Event</u> | <u>Date</u> |
|---|---|
| Filing Deadline for Plaintiff's Motion to Remand | August 24, 2007 |
| Filing Deadline for Defendants' Opposition to Plaintiff's Motion to Remand | September 7, 2007 |
| Filing Deadline for Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand | September 14, 2007 |
| Hearing on Plaintiff's Motion to Remand | October 5 ~~September 28~~, 2007 at 10:00 a.m. |
| Initial Case Management Conference | October 5 ~~September 28~~, 2007 at 10:00 a.m. |

IT IS SO ORDERED AS AMENDED.

DATED: June 22, 2007

Hon. Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-5-

Case No. CV 07-01130 CRB