DUANE C. MUSFELT, SB# 72058
E-Mail: musfelt@lbbslaw.com
ALEX GRAFT, SB# 239647
E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
RICHARD SULLIVAN

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CGC-07-459522<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, RESETTING HEARING ON PLAINTIFF'S MOTION TO REMAND, AND SETTING BRIEFING SCHEDULE**<br><br>ACTION FILED: 1/11/07<br>TRIAL DATE: Not Yet Set |

Plaintiff David E. Finkelstein, M.D. ("plaintiff"), defendant The Guardian Life Insurance Company of America, defendant Colt Employee Benefits Insurance Agency, Inc. and defendant Richard Sullivan, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Initial Case Management Conference in this action was scheduled by the Court on June 1, 2007;

2. At the May 4, 2007 hearing on plaintiff's Motion to Remand, the Court denied the

Motion without prejudice, ordered the parties to conduct discovery on factual issues relating to the applicability of ERISA to Plaintiff's insurance policy, and ordered that **opening briefs on a renewed Motion to Remand be filed within ninety (90) days**;

3. Plaintiff wishes to renew his Motion to Remand, and both parties are engaged in discovery relating to such a motion;

4. Pursuant to the stipulation and proposed order filed on June 21, 2007, all parties agreed that the initially proposed briefing schedule was in error because it erroneously set the **hearing itself** within the ninety day period, making it unrealistic that the parties could complete their discovery and fulfill the briefing schedule the parties erroneously set in their May 17, 2007 stipulation;

5. On June 25, 2007, the Court granted the order setting a new briefing schedule and Initial Case Management Conference as follows:

| **Event** | **Date** |
|---|---|
| Filing Deadline for Plaintiff's Motion to Remand | August 24, 2007 |
| Filing Deadline for Defendants' Opposition to Plaintiff's Motion to Remand | September 7 , 2007 |
| Filing Deadline for Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand | September 14, 2007 |
| Hearing on Plaintiff's Motion to Remand | September 28, 2007, at 10:00 a.m. |
| Initial Case Management Conference | September 28, 2007, at 10:00 a.m. |

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

6. Since the setting of the new briefing schedule and Initial Case Management date, the parties have exchanged documents and responded to initial written discovery in preparation for the renewed Motion to Remand.

7. The parties wish to conduct depositions of defendant Rick Sullivan, and plaintiff David Finkelstein, among others on the limited ERISA issues prior to the Motion to Remand filing date.

8. Due to certain unforeseen scheduling conflicts between deponent Rick Sullivan and the parties, the deposition of defendant Rick Sullivan cannot be scheduled until the week of August 13, 2007, which would leave plaintiff insufficient time to prepare his Motion for Remand.

9. In the interests of efficiency and economy, in light of certain scheduling conflicts between the parties, the parties therefore wish to continue both the hearing on Plaintiff's Motion To Remand, as well as the Initial Case Management Conference; and

10. Subject to the Court's approval, the parties stipulate, agree and request the Court to set the following new dates in this case. These dates will supersede the schedule set forth in the parties' June 21, 2007 stipulation, filed by the Court on June 25, 2007:

| **Event** | **Date** |
|---|---|
| Filing Deadline for plaintiff's Motion to Remand | September 14, 2007 |
| Filing Deadline for defendants' Opposition to Plaintiff's Motion to Remand | September 28 , 2007 |
| Filing Deadline for plaintiff's Reply to defendants' Opposition to Plaintiff's Motion to Remand | October 5, 2007 |
| Hearing on Plaintiff's Motion to Remand | October 19, 2007 at 10:00 a.m. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

Initial Case Management Conference — October 19, 2007 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: July ___, 2007

PILLSBURY & LEVINSON LLP

By ______________________________
DAVID M. LILIENSTEIN
Attorneys for plaintiff
David E. Finkelstein, M.D.

DATED: July ___, 2007

BURKE, WILLIAMS & SORENSON LLP

By ______________________________
Keiko J. Kojima
Attorneys for defendant The Guardian Life Insurance Company of America

DATED: July 30, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ______________________________
Alex A. Graft
Attorneys for Defendant
RICHARD SULLIVAN

**[Signatures Continue of Following Page]**

Initial Case Management Conference October 19, 2007 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: July 27, 2007

PILLSBURY & LEVINSON LLP

By [signature]
DAVID M. LILIENSTEIN
Attorneys for plaintiff
David E. Finkelstein, M.D.

DATED: July ___, 2007

GALTON & HELM LLP

By ______________________
Keiko J. Kojima
Attorneys for defendant The Guardian Life Insurance Company of America

LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

DATED: July ___, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ______________________
Alex A. Graft
Attorneys for Defendant
RICHARD SULLIVAN

**[Signatures Continue of Following Page]**

Initial Case Management Conference October 19, 2007 at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: July ___, 2007

PILLSBURY & LEVINSON LLP

By ______________________
DAVID M. LILIENSTEIN
Attorneys for plaintiff
David E. Finkelstein, M.D.

DATED: July 30, 2007

BURKE, WILLIAMS & SORENSON LLP

By ______________________
Keiko J. Kojima
Attorneys for defendant The Guardian Life Insurance Company of America

LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

DATED: July ___, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ______________________
Alex A. Graft
Attorneys for Defendant
RICHARD SULLIVAN

**[Signatures Continue of Following Page]**

DATED: July 30, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By [signature]
Erik R. Seidlitz
Attorneys for defendant COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC.

LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**ORDER**

The parties having stipulated, and good cause appearing, the Court hereby schedules the following dates in this action:

| Event | Date |
|---|---|
| Filing Deadline for plaintiff's Motion to Remand | September 14, 2007 |
| Filing Deadline for defendants' Opposition to Plaintiff's Motion to Remand | September 28 , 2007 |
| Filing Deadline for plaintiff's Reply to defendants' Opposition to Plaintiff's Motion to Remand | October 5, 2007 |
| Hearing on Plaintiff's Motion to Remand | October 19, 2007 at 10:00 a.m. |
| Initial Case Management Conference | October 19, 2007 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: _August 02_____, 2007




Hon. Charles R. Breyer
United States District Judge