Arnold R. Levinson    (State Bar No. 066583)
Rebecca Grey          (State Bar No. 196960)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com

Attorneys for Plaintiff, DAVID E. FINKELSTEIN, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D.,<br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY PLAN, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC. and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. CV 07-01130 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff, DAVID E. FINKELSTEIN, M.D., and Defendants THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC., and RICHARD SULLIVAN, by and through their respective

1

counsel of record, that Plaintiff, DAVID E. FINKELSTEIN, M.D., is hereby granted leave to file his First Amended Complaint in this action.

IT IS HEREBY STIPULATED:

Dated: September 5, 2007

PILLSBURY & LEVINSON, LLP

By: _____
Rebecca Grey
Attorneys for Plaintiff,
David E. Finkelstein, M.D.

Dated: September 19, 2007

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Keiko J. Kojima
Attorneys for Defendant,
The Guardian Life Ins. Co. of America

Dated: September ___, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Duane C. Musfelt
Attorneys for Defendant,
Richard Sullivan

Dated: September ___, 2007

SEDGWICK, DETERT, MORAN & ARNOLD

By: _____
Steve Wasserman
Attorneys for Defendant,
Colt Employee Benefits Ins. Agency, Inc.

IT IS HEREBY ORDERED:
Dated: ~~September~~ October 1, 2007

By: _____
Hon. Charles R. Breyer
U.S. District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION TO FILE FIRST AMENDED COMPLAINT

2