BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL, State Bar No. 89046
E-mail:  mbell@bwslaw.com
STEPHEN H. GALTON, State Bar No. 46732
E-mail:  sgalton@bwslaw.com
KEIKO J. KOJIMA, State Bar No. 206595
E-mail:  kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, California  90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant The Guardian Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC. and DOES 1 through 20, inclusive,<br><br>Defendants | CASE NO. C 07-01130 CRB<br><br>**STIPULATION FOR REQUEST TO CONTINUE CASE MANAGEMENT STATEMENT FOR CASE NOT AT ISSUE; [PROPOSED] ORDER**<br><br>Date:   October 19, 2007<br>Time:   10:00 a.m.<br>Ctrm:   8, 19th Floor |

Plaintiff David E. Finkelstein, M.D. ("Plaintiff"), Defendant The Guardian Life Insurance Company of America ("The Guardian"), Defendant Richard Sullivan, and Defendant Colt Employee Benefits Insurance Agency, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

LA #4813-8020-0705 v1

1.  The Initial Case Management Conference in this action is scheduled to be held on October 19, 2007 in conjunction with the hearing on Plaintiff's Motion for Remand to State Court, which has recently become moot, due to the filing of Plaintiff's First Amended Complaint on October 2, 2007.

2.  This case is not yet at issue. Defendants' responsive pleadings to the First Amended Complaint are due on October 19, 2007. The Guardian and Plaintiff are in the process of meeting and conferring to determine if Plaintiff will dismiss her second and third causes of action for breach of fiduciary duty and equitable relief under ERISA, respectively. If the parties are unable to come to a resolution, the Guardian anticipates on filing a Motion to Dismiss on or about October 22, 2007.

3.  Accordingly, the parties request a continuance of the October 19, 2007 to December 7, 2007 because this case is still in the pleadings stage. There are three separate defendants in this lawsuit, which involves both ERISA and state law causes of action (for intentional misrepresentation, professional negligence, negligent misrepresentation and tort of another). The parties believe that they will be in a better position to determine the factual and legal issues, as well as what motions, discovery, and expert witnesses will be necessary after all parties have filed their responsive pleadings. The parties submit that it would be more productive to hold an Initial Case Management Conference at that time.

///
///
///
///
///
///

LA #4813-8020-0705 v1

2

Case No. C 07-01130 CRB
STIPULATION FOR REQUEST TO CONTINUE
CASE MANAGEMENT STATEMENT FOR CASE
NOT AT ISSUE; [PROPOSED] ORDER

3. Thus, the parties respectfully request that the Court continue the Initial Case Management Conference from October 19, 2007 to December 7, 2007.

DATED: October 5, 2007

PILLSBURY & LEVINSON, LLP
REBECCA GREY

By: _____
        REBECCA GREY
Attorneys for Plaintiff David E. Finkelstein, M.D.

DATED: October 5, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP
ERIK R. SEIDLITZ

By: _____
        ERIK R. SEIDLITZ
Attorneys for Defendant Colt Employee Benefits Insurance Agency, Inc.

DATED: October 5, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
ALEXANDER A. GRAFT

By: _____
        ALEXANDER A. GRAFT
Attorneys for Defendant Richard Sullivan

DATED: October 5, 2007

BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL
STEPHEN H. GALTON
KEIKO J. KOJIMA

By: _____
        KEIKO J. KOJIMA
Attorneys for Defendant The Guardian Life Insurance Company of America

3. Thus, the parties respectfully request that the Court continue the Initial Case Management Conference from October 19, 2007 to December 7, 2007.

DATED: October 5, 2007

PILLSBURY & LEVINSON, LLP
REBECCA GREY

By: _____
         REBECCA GREY
Attorneys for Plaintiff David E. Finkelstein, M.D.

DATED: October 5, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP
ERIK R. SEIDLITZ

By: _____
         ERIK R. SEIDLITZ
Attorneys for Defendant Colt Employee Benefits Insurance Agency, Inc.

DATED: October 5, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP
ALEXANDER A. GRAFT

By: _____
         ALEXANDER A. GRAFT
Attorneys for Defendant Richard Sullivan

DATED: October 5, 2007

BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL
STEPHEN H. GALTON
KEIKO J. KOJIMA

By: _____
         KEIKO J. KOJIMA
Attorneys for Defendant The Guardian Life Insurance Company of America

**ORDER**

Upon consideration of the foregoing request, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued from October 19, 2007 to December 7, 2007 at 8:30 ~~10:00~~ a.m.

IT IS SO ORDERED.

DATED:   October 10, 2007

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

LA #4813-8020-0705 v1

4

Case No. C 07-01130 CRB
STIPULATION FOR REQUEST TO CONTINUE
CASE MANAGEMENT STATEMENT FOR CASE
NOT AT ISSUE; [PROPOSED] ORDER