1  DUANE C. MUSFELT, SBN 72058
   E-Mail: musfelt@lbbslaw.com
2  ALEX A. GRAFT, SBN 239647
   E-Mail: graft@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome St., Suite 1400
4  San Francisco, CA  94104
   Tel:   415.362.2580
5  Fax:  415.434.0882

6  Attorneys for Defendant
   RICHARD SULLIVAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | DAVID E. FINKELSTEIN, M.D.,            | CASE NO. CV07-01130 CRB
12 |                    Plaintiff,           | **STIPULATION RE: ANSWER OF DEFENDANT RICHARD SULLIVAN TO PLAINTIFF'S FIRST AMENDED COMPLAINT;**
13 |         v.                              |
14 | THE GUARDIAN LIFE INSURANCE              | **[PROPOSED] ORDER**
   | COMPANY OF AMERICA, RICHARD             |
15 | SULLIVAN, COLT EMPLOYEE BENEFITS         |
   | INSURANCE AGENCY, INC., and DOES 1       |
16 | through 20, inclusive,                   | Trial Date: Not Yet Set
   |                                          | Action Filed: 01/11/07
17 |                    Defendants.           |

18

19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20    SUBJECT TO COURT APPROVAL, plaintiff DAVID E. FINKELSTEIN and defendant

21 RICHARD SULLIVAN (collectively "the Parties hereto"), through their respective attorneys of

22 record, HEREBY STIPULATE AS FOLLOWS:

23    Whereas on February 23, 2007, defendant RICHARD SULLIVAN filed a general denial to

24 plaintiff DAVID E. FINKELSTEIN, M.D.'s Complaint filed in San Francisco County Superior

25 Court, alleging causes of action against defendant RICHARD SULLIVAN for Professional

26 Negligence, Negligent Misrepresentation, and Tort of Another.

27    Whereas on October 1, 2007, plaintiff DAVID E. FINKELSTEIN M.D. was granted leave to

28 file a First Amended Complaint in the United States District Court, Northern District, San Francisco

Division.

Whereas on October 2, 2007, plaintiff DAVID E. FINKELSTEIN, M.D. filed an Amended Complaint in the United States District Court, Northern District, San Francisco Division alleging causes of action against defendant RICHARD SULLIVAN for Professional Negligence, Negligent Misrepresentation, and Tort of Another.

Based upon the foregoing, the Parties hereto stipulate that defendant RICHARD SULLIVAN's Answer of February 23, 2007 to Plaintiff DAVID E. FINKELSTEIN M.D.'s Complaint shall constitute his Answer to Plaintiff DAVID E. FINKELSTEIN M.D.'s First Amended Complaint, without need for further responsive pleading.

**IT IS SO STIPULATED:**

DATED: October 15, 2007        Pillsbury & Levinson LLP

By _____
Rebecca Grey, Esq.
Attorneys for plaintiff
DAVID E. FINKELSTEIN, M.D.

DATED: October 16, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Alex Graft, Esq.
Attorneys for Defendant
RICHARD SULLIVAN

4829-4736-5377.1

-2-
STIPULATION RE ANSWER TO FIRST AMENDED COMPLAINT

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. Defendant RICHARD SULLIVAN's Answer of February 23, 2007 to Plaintiff DAVID E. FINKELSTEIN M.D.'s Complaint shall constitute his Answer to Plaintiff DAVID E. FINKELSTEIN M.D.'s First Amended Complaint, filed on October 2, 2007 in the United States District Court, Northern District, San Francisco Division, without need for further responsive pleading.

Dated: october 17, 2007

_____
Hon. Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer

4829-4736-5377.1

-3-

STIPULATION RE ANSWER TO FIRST AMENDED COMPLAINT