SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN  Bar No. 88291
MARK J. HANCOCK  Bar No. 160662
ERIK R. SEIDLITZ  Bar No. 237535
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
steven.wasserman@sdma.com
mark.hancock@sdma.com
erik.seidlitz@sdma.com

Attorneys for Defendant
COLT EMPLOYEE BENEFITS
INSURANCE AGENCY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D., | CASE NO. CV 07-01130 CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COLT EMPLOYEE BENEFITS INSURANCE AGENCY INC. PURSUANT TO SETTLEMENT** |
| v. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY PLAN, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC. and DOES 1 through 20, INCLUSIVE, | |
| Defendants. | |

WHEREAS, on January 11, 2007, plaintiff David E. Finkelstein, M.D. ("Finkelstein") commenced this action against Colt Employee Benefits Insurance Agency, Inc. ("Colt") and other defendants.

WHEREAS, Colt and Finkelstein have engaged in settlement negotiations and have reached an agreement to settle all claims brought by Finkelstein against Colt. Pursuant to that agreement,

IT IS HEREBY STIPULATED, by and between Finkelstein, on the one hand, and Colt,

on the other hand, that all claims of Finkelstein against Colt be dismissed with prejudice.

DATED: February 27, 2008     PILLSBURY & LEVINSON LLP

By: _____
Rebecca Grey
Attorneys for Plaintiff
DAVID E. FINKELSTEIN, M.D.

DATED: February 27, 2008     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Mark J. Hancock
Attorneys for Defendant
COLT EMPLOYEE BENEFITS INSURANCE
AGENCY, INC.

The undersigned consent to the above-referenced dismissal:

DATED: February 27, 2008     BURKE, WILLIAMS & SORENSON LLP

By: _____
Stephen H. Galton
Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA

DATED: February 27, 2008     LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: _____
Duane C. Musfelt
Attorneys for Defendant
RICHARD SULLIVAN

February 29, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA