# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

**DUANE C. MUSFELT**
DIRECT DIAL: 415.438.6606
E-MAIL: musfelt@lbbslaw.com

April 2, 2008

FILE NO.
6234-5726

## VIA FACSIMILE

Magistrate Judge Bernard Zimmerman
United States District Court for the
    Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
APR 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:    Finkelstein v. The Guardian Life Insurance Company of America, et al.
        USDC, Northern District Case No. CV 07-01130 CRB

Dear Judge Zimmerman:

I represent defendant Richard Sullivan in the above referenced matter. I am in receipt of this Court's Order Scheduling Telephonic Conference re Discovery Dispute, which is scheduled for Friday, April 4, 2008 at 8:30 a.m.

Defendant Richard Sullivan is is not involved in the discovery dispute between plaintiff David Finkelstein, M.D. and defendant The Guardian Life Insurance Company of America. I therefore respectfully request to be excused from appearing at Friday's Telephonic Discovery Conference.

Thank you for your consideration of this request.

Very truly yours,

Duane C. Musfelt of
LEWIS BRISBOIS BISGAARD & SMITH LLP

DCM:sa

cc:    All Counsel (via facsimile)

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4843-9135-2322.1