UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID E. FINKELSTEIN, M.D., ) | | |
| ) | | |
| Plaintiff(s), ) | No. C07-1130 CRB (BZ) | |
| ) | | |
| v. ) | **SECOND DISCOVERY ORDER** | |
| ) | | |
| THE GUARDIAN LIFE INSURANCE ) | | |
| COMPANY OF AMERICA, et al., ) | | |
| ) | | |
| Defendant(s). ) | | |
| ) | | |
| ) | | |
| _____) | | |

    Following a telephone conference at which plaintiff and Guardian Life were represented by counsel, **IT IS ORDERED** as follows:

    1.  The parties shall meet and confer, in person, by no later than **April 11, 2008** and attempt to resolve their disputes in accordance with the views expressed by the court.

    2.  In the event the parties are unable to resolve their disputes, plaintiff is given leave to file a <u>new</u> motion to compel by **Wednesday, April 23, 2008**.

    3.  Guardian Life's opposition shall be filed by **Friday, May 2, 2008**.

1

4.  Plaintiff's reply, if necessary, shall be filed by **Wednesday, May 7, 2008**.

5.  Plaintiff's Civil Local Rule 37-2 statement shall be signed by the most senior attorney representing plaintiff. The court will deem that attorney's signature as certifying that the attorney has read the LR 37-2 statement and that the discovery sought is consistent with Federal Rules of Civil Procedure 1 and 26, especially 26(b).

6.  Defendant's opposition shall be signed by the most senior attorney representing defendant. The court will deem that attorney's signature as certifying that the attorney has read the opposition and that the objections to discovery are consistent with Federal Rules of Civil Procedure 1 and 26, especially 26(b).

7.  A hearing is scheduled for **May 14, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FINKELSTEIN V. THE GUARDIAN LIFE INS\DISC2.ORD.wpd

2