Arnold R. Levinson   (State Bar No. 066583)
Rebecca Grey         (State Bar No. 196960)
Brian H. Kim         (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff
DAVID E. FINKELSTEIN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY PLAN, RICHARD SULLIVAN,<br><br>Defendants. | Case No.  CV 07-01130 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL DEADLINES** |

**STIPULATION**

Plaintiff David E. Finkelstein, M.D. ("Plaintiff"), Defendant The Guardian Life Insurance Company of America ("The Guardian") and Defendant Richard Sullivan ("Sullivan"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.   On November 27, 2007, the parties jointly submitted a Joint Case Management Statement and Proposed Order, which proposed an August 29, 2008 Pre-Trial Conference and a late September 2008 trial.  The Joint Case Management

1  Statement also proposed dates for the Initial Expert Disclosures, Non-Expert
2  Discovery Cut-Off, Rebuttal Expert Disclosures, and Motion Filing Cut-Off in light of
3  the proposed dates for the Final Pre-Trial Conference and the trial.
4      2.    On December 7, 2007, the Court set the Final Pre-Trial Conference for
5  October 2, 2008 and the trial for this matter for October 6, 2008.  However, no
6  deadlines were set for the Initial Expert Disclosures, Non-Expert Discovery Cut-Off,
7  Rebuttal Expert Disclosures, and Motion Filing Cut-Off.
8      3.    In light of the October 2, 2008 Final Pretrial Conference and October 6,
9  2008 trial date set by the Court in its December 7, 2007 Civil Minutes, IT IS HEREBY
10 STIPULATED by and between the parties hereto through their respective attorneys of
11 record that the following pretrial deadlines for this case be set as follows:
12     June 25, 2008 - Initial Expert Disclosures;
13     July 9, 2008 - Non-Expert Discovery Cut-Off;
14     July 16, 2008 - Rebuttal Expert Disclosures; and
15     August 1, 2008 - Dispositive Motion Filing Cut-Off.
16 Plaintiff and The Guardian shall file and serve cross-motions for judgment for
17 Plaintiff's ERISA claims under Rule 52 of the Federal Rules of Civil Procedure by
18 August 1, 2008, and file and serve oppositions to the cross-motions by August 22,
19 2008.  In addition, Richard Sullivan may serve and file a Motion for Summary
20 Judgment/Adjudication pursuant to Rule 56 of the Federal Rules of Civil Procedure
21 in accordance with the same timelines set for the cross-motions on the ERISA claims.
22 Additionally, the Reply to any Opposition to Richard Sullivan's Motion for Summary
23 Judgment/Adjudication shall be filed and served by August 29, 2008.  The hearing for
24 ///
25 ///
26 ///
27 ///
28 ///

1  Sullivan's Motion for Summary Judgment/Adjudication and the cross-motions for
2  judgment on Plaintiff's ERISA's claims shall be held on September 5, 2008 at 10:00
3  a.m. before the Honorable Charles R. Breyer.

4  DATED: May 14, 2008          PILLSBURY & LEVINSON, LLP
                                 REBECCA GREY

By: _____/s/_____
              REBECCA GREY

Attorneys for Plaintiff David E. Finkelstein, M.D.

DATED: May 14, 2008          LEWIS BRISBOIS BISGAARD &
                              SMITH LLP
                              DUANE C. MUSFELT

By: _____/s/_____
              DUANE C. MUSFELT
Attorneys for Defendant Richard Sullivan

DATED: May 14, 2008          BURKE, WILLIAMS & SORENSEN, LLP
                              MICHAEL F. BELL
                              STEPHEN H. GALTON
                              KEIKO J. KOJIMA

By: _____/s/_____
              STEPHEN H. GALTON
Attorneys for Defendant The Guardian Life
Insurance Company of America

## [PROPOSED] ORDER

Upon consideration of the foregoing request, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the following pretrial deadlines be set as follows:

June 25, 2008 - Initial Expert Disclosures;

July 9, 2008 - Non-Expert Discovery Cut-Off;

1    July 16, 2008 - Rebuttal Expert Disclosures; and

2    August 1, 2008 - Dispositive Motion Filing Cut-Off.

Plaintiff and The Guardian shall file and serve cross-motions for judgment for Plaintiff's ERISA claims under Rule 52 of the Federal Rules of Civil Procedure by August 1, 2008, and file and serve oppositions to the cross-motions by August 22, 2008.  In addition, Richard Sullivan may serve and file a Motion for Summary Judgment/Adjudication pursuant to Rule 56 of the Federal Rules of Civil Procedure in accordance with the same timelines set for the cross-motions on the ERISA claims.  Additionally, the Reply to any Opposition to Richard Sullivan's Motion for Summary Judgment/Adjudication shall be filed and served by August 29, 2008.  The hearing for Sullivan's Motion for Summary Judgment/Adjudication and the cross-motions for judgment on Plaintiff's ERISA's claims shall be held on September 5, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 15, 2008



_____
Hon. Charles R. Breyer
United States District Court

-4-
Joint Stipulation and [Proposed] Order Setting Pretrial Deadlines                              Case No. CV 07-01130 CRB