Arnold R. Levinson  (State Bar No. 066583)
Rebecca Grey       (State Bar No. 196960)
Brian H. Kim       (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff
DAVID E. FINKELSTEIN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY PLAN, RICHARD SULLIVAN,<br><br>    Defendants. | Case No.  CV 07-01130 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING NOTICE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**STIPULATION**

Plaintiff David E. Finkelstein, M.D. ("Plaintiff"), Defendant The Guardian Life Insurance Company of America ("The Guardian") and Defendant Richard Sullivan ("Sullivan"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      Plaintiff intends to file a motion for leave to file his Second Amended Complaint on May 16, 2008.

2. The current deadline for non-expert discovery is July 9, 2008, as reflected in the parties' May 14, 2008 Joint Stipulation and [Proposed] Order Setting Pretrial Deadlines.

3. In light of the July 9, 2008 deadline for non-expert discovery, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the notice and briefing deadlines for Plaintiff's motion for leave to file his Second Amended Complaint be shortened to the following deadlines:

May 16, 2008 – Plaintiff's Notice of Motion and Motion and supporting papers;

May 23, 2008 – Defendants' Opposition and supporting papers; and

May 27, 2008 – Plaintiff's Reply and supporting papers.

The hearing for Plaintiff's motion for leave to file his Second Amended Complaint shall be on May 30, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

DATED: May 15, 2008            PILLSBURY & LEVINSON, LLP
                               REBECCA GREY


                               By:    /s/
                                     REBECCA GREY
                               Attorneys for Plaintiff David E. Finkelstein, M.D.


DATED: May 15, 2008            LEWIS BRISBOIS BISGAARD &
                               SMITH LLP
                               DUANE C. MUSFELT


                               By:    /s/
                                     DUANE C. MUSFELT
                               Attorneys for Defendant Richard Sullivan

| | |
|---|---|
| DATED: May 15, 2008 | BURKE, WILLIAMS & SORENSEN, LLP<br>MICHAEL F. BELL<br>STEPHEN H. GALTON<br>KEIKO J. KOJIMA |
| | By: _____/s/_____<br>STEPHEN H. GALTON<br>Attorneys for Defendant The Guardian Life Insurance Company of America |

### [PROPOSED] ORDER

Upon consideration of the foregoing request, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the notice and briefing deadlines for Plaintiff's motion for leave to file his Second Amended Complaint be shortened to the following deadlines:

May 16, 2008 – Plaintiff's Notice of Motion and Motion and supporting papers;

May 23, 2008 – Sullivan's Opposition and supporting papers; and

May 27, 2008 – Plaintiff's Reply and supporting papers.

The hearing for Plaintiff's motion for leave to file his Second Amended Complaint shall be on May 30, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 15, 2008

_____
Hon. Charles R. Breyer
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*