```
Arnold R. Levinson    (State Bar No. 066583)
Rebecca Grey          (State Bar No. 196960)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com
       bkim@pillsburylevinson.com
```

Attorneys for Plaintiff
DAVID E. FINKELSTEIN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY PLAN, RICHARD SULLIVAN, <br><br> Defendants. | Case No.  CV 07-01130 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER FOR FILING PLAINTIFF'S SECOND AMENDED COMPLAINT** |

## STIPULATION

Plaintiff David E. Finkelstein, M.D. ("Plaintiff"), Defendant The Guardian Life Insurance Company of America ("The Guardian") and Defendant Richard Sullivan, by and through their respective counsel of record, hereby stipulate and agree to the following:

1.   That Plaintiff is granted leave to file his Second Amended Complaint, a copy of which is attached hereto as Exhibit A;

    2.    That Plaintiff will make himself available for one additional deposition before the close of discovery, with said deposition limited in time to three hours and limited in scope to the new facts arising from the Second Amended Complaint that have not been the subject of previous discovery and disclosures; and

    3.    That Plaintiff shall take his Motion for Leave to File Second Amended Complaint scheduled for a May 30, 2008 hearing off calendar.

DATED: May 21, 2008　　　　　PILLSBURY & LEVINSON, LLP
　　　　　　　　　　　　　　REBECCA GREY

By: _____/s/_____
　　　REBECCA GREY
Attorneys for Plaintiff David E. Finkelstein, M.D.

DATED: May 21, 2008　　　　　LEWIS BRISBOIS BISGAARD &
　　　　　　　　　　　　　　SMITH LLP
　　　　　　　　　　　　　　DUANE C. MUSFELT

By: _____/s/_____
　　　DUANE C. MUSFELT
Attorneys for Defendant Richard Sullivan

DATED: May 21, 2008　　　　　BURKE, WILLIAMS & SORENSEN, LLP
　　　　　　　　　　　　　　MICHAEL F. BELL
　　　　　　　　　　　　　　STEPHEN H. GALTON
　　　　　　　　　　　　　　KEIKO J. KOJIMA

By: _____/s/_____
　　　KEIKO J. KOJIMA
Attorneys for Defendant The Guardian Life Insurance Company of America

~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 27, 2008　　　　　_____
　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　United States District

**IT IS SO ORDERED**
Judge Charles R. Breyer