DUANE C. MUSFELT, SBN 72058
  E-Mail: musfelt@lbbslaw.com
ALEX A. GRAFT, SBN 239647
  E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, CA  94104
Tel:  415.362.2580
Fax:  415.434.0882

Attorneys for Defendant
RICHARD SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D.,<br><br>              Plaintiff,<br><br>      v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY PLAN; RICHARD SULLIVAN,<br><br>              Defendants. | CASE NO. CV07-01130 CRB<br><br>**STIPULATION RE: ANSWER OF DEFENDANT RICHARD SULLIVAN TO PLAINTIFF'S SECOND AMENDED COMPLAINT;** [PROPOSED] **ORDER**<br><br>Trial Date:   10/06/07<br>Action Filed: 01/11/07 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

SUBJECT TO COURT APPROVAL, plaintiff DAVID E. FINKELSTEIN and defendant RICHARD SULLIVAN (collectively "the Parties hereto"), through their respective attorneys of record, HEREBY STIPULATE AS FOLLOWS:

Whereas on February 23, 2007, defendant RICHARD SULLIVAN filed a general denial to plaintiff DAVID E. FINKELSTEIN, M.D.'s Complaint filed in San Francisco County Superior Court, alleging causes of action against defendant RICHARD SULLIVAN for Professional Negligence, Negligent Misrepresentation, and Tort of Another.

Whereas on October 1, 2007, plaintiff DAVID E. FINKELSTEIN M.D. was granted leave to file a First Amended Complaint in the United States District Court, Northern District, San Francisco

1  Division.

2  Whereas on October 2, 2007, plaintiff DAVID E. FINKELSTEIN, M.D. filed an Amended
3  Complaint in the United States District Court, Northern District, San Francisco Division alleging
4  causes of action against defendant RICHARD SULLIVAN for Professional Negligence, Negligent
5  Misrepresentation, and Tort of Another.

6  Whereas on October 16, 2007, the Parties filed a Stipulation Re: Answer of Defendant
7  Richard Sullivan to Plaintiff's First Amended Complaint, in which the Parties agreed that defendant
8  RICHARD SULLIVAN's Answer of February 23, 2007 to Plaintiff DAVID E. FINKELSTEIN
9  M.D.'s initial Complaint shall constitute his Answer to Plaintiff DAVID E. FINKELSTEIN M.D.'s
10 First Amended Complaint, without need for further responsive pleading.

11 Whereas on October 17, 2007, the Court granted the Parties' proposed Order deeming
12 defendant RICHARD SULLIVAN's Answer of February 23, 2007 to Plaintiff DAVID E.
13 FINKELSTEIN M.D.'s initial Complaint the responsive pleading to Plaintiff DAVID E.
14 FINKELSTEIN M.D.'s First Amended Complaint.

15 Whereas on May 27, 2008, plaintiff DAVID E. FINKELSTEIN M.D. was granted leave to
16 file a Second Amended Complaint in the United States District Court, Northern District, San
17 Francisco Division.

18 Whereas on May 28, 2008, plaintiff DAVID E. FINKELSTEIN, M.D. filed a Second
19 Amended Complaint in the United States District Court, Northern District, San Francisco Division
20 alleging causes of action against defendant RICHARD SULLIVAN for Professional Negligence,
21 Negligent Misrepresentation, Tort of Another, and an additional claim for Fraud (Fraud in the
22 Inducement).

23 Based upon the foregoing, the Parties hereto stipulate that defendant RICHARD
24 SULLIVAN's Answer of February 23, 2007 to Plaintiff DAVID E. FINKELSTEIN M.D.'s initial
25 Complaint shall constitute his Answer to Plaintiff DAVID E. FINKELSTEIN M.D.'s Second
26 Amended Complaint, without need for further responsive pleading.

27 The Parties hereto further stipulate that the First, Second and Third Causes of Action to the
28 Second Amended Complaint are alleged exclusively against co-defendants THE GUARDIAN LIFE

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  INSURANCE COMPANY OF AMERICA, THE GUARDIAN LIFE INSURANCE COMPANY
2  OF AMERICA LONG TERM DISABILITY PLAN.

**IT IS SO STIPULATED:**

DATED: June 13, 2008                    Pillsbury & Levinson LLP


                                        By _____// s //_____
                                           Rebecca Grey, Esq.
                                           Attorneys for plaintiff
                                           DAVID E. FINKELSTEIN, M.D.

DATED: June 13, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                        By _____// s //_____
                                           Alex Graft, Esq.
                                           Attorneys for Defendant
                                           RICHARD SULLIVAN


## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1.  Defendant RICHARD SULLIVAN's Answer of February 23, 2007 to Plaintiff DAVID E. FINKELSTEIN M.D.'s initial Complaint shall constitute his Answer to Plaintiff DAVID E. FINKELSTEIN M.D.'s Second Amended Complaint, filed on May 28, 2008 in the United States

1  District Court, Northern District, San Francisco Division, without need for further responsive
2  pleading.

5  Dated: June 16, 2008



Hon. Charles R. Breyer

IT IS SO ORDERED

Judge Charles R. Breyer