Arnold R. Levinson   SB# 066583
E-Mail: alevinson@pillsburylevinson.com
Rebecca Grey   SB# 196960
E-Mail: rgrey@pillsburylevinson.com
Brian H. Kim   SB# 215492
E-Mail: bkim@pillsburylevinson.com
**PILLSBURY & LEVINSON LLP**
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:       (415) 433-8000
Facsimile:       (415) 433-4816

Attorneys for Plaintiff
DAVID FINKELSTEIN


DUANE C. MUSFELT, SB# 72058
E-Mail: musfelt@lbbslaw.com
ALEX GRAFT, SB# 239647
E-Mail: graft@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
RICHARD SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D., <br><br>           Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC., and DOES 1 through 20, inclusive, <br><br>           Defendants. | CASE NO. C 07-01130 CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES** <br><br> **Hon. Charles R. Breyer** <br><br> Trial Date:    October 6, 2008 <br> Action Filed: January 11, 2007 |

Plaintiff David E. Finkelstein, M.D. ("plaintiff"), defendant Richard Sullivan ("Sullivan"), and defendant The Guardian Life Insurance Company of America ("Guardian") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1  WHEREAS, the trial date in the above matter is set for October 6, 2008 at 8:30 a.m. and
2  the pre-trial hearing is set for October 2, 2008 at 2:30 p.m., such that the current deadline for the
3  Parties to serve Motions in Limine is September 12, 2008, and the joint proposed pre-trial order,
4  joint proposed jury instructions, and related filings are currently due on September 25, 2008; and

5  WHEREAS, plaintiff and Guardian filed cross-motions for judgment pursuant to Rule 52
6  of the Federal Rules of Civil Procedure and Sullivan filed a Motion for Summary Judgment, or in
7  the Alternative, Motion for Summary Adjudication, all of which were originally set to be heard by
8  this Court on September 5, 2008; and

9  WHEREAS, the Parties were informed on August 27, 2008 that the hearing on the cross-
10 motions for judgment and motion for summary judgment would be continued by the Court to
11 September 19, 2008; and

12 WHEREAS, the Parties are in agreement that the outcome of all those motions are likely
13 to resolve, clarify and/or more clearly define the issues remaining to be tried in the case, if any.

14 Accordingly, the Parties agree that a short continuance would permit the aforesaid
15 motions to be heard prior to the deadlines for pre-trial submissions to the Court.

16 Based upon the foregoing and subject to the Court's availability, the Parties hereto
17 stipulate that the trial date presently set for October 6, 2008 be continued to October 27, 2008.

20 IT IS SO STIPULATED.

22 DATED: September 8, 2008                PILLSBURY & LEVINSON LLP

                                          By _____
                                          Rebecca Grey
                                          Attorneys for Plaintiff
                                          David E. Finkelstein, M.D.

27 [Signatures Continue on Following Page]

4850-3390-1314.1                          -2-
                         STIPULATION AND [PROPOSED] ORDER

DATED: September 8, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Alex A. Graft
Attorneys for Defendant
RICHARD SULLIVAN

DATED: September 8, 2008         BURKE, WILLIAMS & SORENSEN LLP

By           //s//
Keiko J. Kojima
Attorneys for defendant The Guardian Life
Insurance Company of America

## ORDER

The parties having stipulated, and good cause appearing, the trial in the above action presently set for October 6, 2008 shall be continued to October 27, 2008.

All deadlines, imposed by statute, local rules, and the Court's standing orders shall be measured by the new trial date upon its setting.

The hearing date for the Parties' cross-motions for judgment and Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication shall remain set for September 19, 2008. The pre trial conference is continued to October 21, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: _____September 9_, 2008



_____
Hon. Charles R. Breyer
United States District Court Judge

4850-3390-1314.1

-3-
STIPULATION AND [PROPOSED] ORDER