**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, | No. C 07-01130 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC., | |
| Defendants. | |

To aid its review of the record, the Court hereby orders Plaintiff Finkelstein and Defendant Guardian submit declarations explaining, in detail, their justification for their respective calculations of total benefits due to Plaintiff under the policy. Such declarations shall be filed with the Court on or before April 6, 2009. The Court further orders that the parties participate in a settlement conference before Magistrate Judge Joseph Spero within the next thirty days. The parties shall contact Judge Spero to set a time.

**IT IS SO ORDERED.**

Dated: March 27, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1130\order declaration.wpd