Arnold R. Levinson   (State Bar No. 066583)
Rebecca Grey         (State Bar No. 194940)
Brian H. Kim         (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff,
DAVID E. FINKELSTEIN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FINKELSTEIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, RICHARD SULLIVAN, COLT EMPLOYEE BENEFITS INSURANCE AGENCY, INC., et al., <br><br> Defendants. | Case No. CV 07-01130 CRB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff David E. Finkelstein, M.D., The Guardian Life Insurance Company of America, and Richard Sullivan, through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of

///

///

1  relief therein shall be dismissed with prejudice as to all parties in its entirety.
2  Each party is to bear its own fees and costs.
3
4  **IT IS SO STIPULATED.**
5  Dated: June __, 2009                PILLSBURY & LEVINSON, LLP
6
7
8                                      By: _____
                                        Rebecca Grey
9                                       Attorneys for Plaintiff,
                                        DAVID E. FINKELSTEIN, M.D.
10
11
12
13 Dated: June __, 2009                BURKE, WILLIAMS & SORENSEN LLP
14
15                                     By: _____
                                        Stephen Galton
16                                      Keiko Kojima
                                        Attorneys for Defendant,
17                                      THE GUARDIAN LIFE INSURANCE
                                        COMPANY OF AMERICA
18
19
20 Dated: June __, 2009                LEWIS, BRISBOIS, BISGAARD & SMITH LLP
21
22
23                                     By: _____
                                        Duane C. Musfelt
24                                      Alexander A. Graft
                                        Attorneys for Defendant,
25                                      THE GUARDIAN LIFE INSURANCE
                                        COMPANY OF AMERICA
26
27
28

1 relief therein shall be dismissed with prejudice as to all parties in its entirety.
2 Each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: June __, 2009            PILLSBURY & LEVINSON, LLP

                                By: _____
                                    Rebecca Grey
                                    Attorneys for Plaintiff,
                                    DAVID E. FINKELSTEIN, M.D.


Dated: June 16, 2009            BURKE, WILLIAMS & SORENSEN LLP

                                By: _____
                                    Stephen Galton
                                    Keiko Kojima
                                    Attorneys for Defendant,
                                    THE GUARDIAN LIFE INSURANCE
                                    COMPANY OF AMERICA


Dated: June __, 2009            LEWIS, BRISBOIS, BISGAARD & SMITH LLP

                                By: _____
                                    Duane C. Musfelt
                                    Alexander A. Graft
                                    Attorneys for Defendant,
                                    THE GUARDIAN LIFE INSURANCE
                                    COMPANY OF AMERICA

1 | relief therein shall be dismissed with prejudice as to all parties in its entirety.
2 | Each party is to bear its own fees and costs.
3 |
4 |    **IT IS SO STIPULATED.**
5 | Dated: June _1_, 2009     PILLSBURY & LEVINSON, LLP

By: _____
  Rebecca Grey
  Attorneys for Plaintiff,
  DAVID E. FINKELSTEIN, M.D.

Dated: June ___, 2009     BURKE, WILLIAMS & SORENSEN LLP

By: _____
  Stephen Galton
  Keiko Kojima
  Attorneys for Defendant,
  THE GUARDIAN LIFE INSURANCE
  COMPANY OF AMERICA

Dated: June _2_, 2009     LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By: _____
  Duane C. Musfelt
  Alexander A. Graft
  Attorneys for Defendant,
  THE GUARDIAN LIFE INSURANCE
  COMPANY OF AMERICA

*(Side margin: PILLSBURY & LEVINSON, LLP / The Transamerica Pyramid / 600 Montgomery Street, 31st Floor · San Francisco, CA 94111)*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June __, 2009

_____
The Honorable Charles R. Breyer
United States District Court

